**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00220-REB-GPG

BRITTANY SCRIBNER, and
KAMI SWENSON,

    Plaintiffs,

v.

AREIOS WESTERN SLOPE OF COLORADO, LLC,
JETT, LLC, and
JEFF LATHROP,

    Defendants.

**ORDER DENYING STIPULATED MOTION FOR
COURT-ORDERED SETTLEMENT CONFERENCE**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Court-Ordered Settlement Conference** [#46][1] filed October 25, 2013. I deny the motion, but without prejudice.

The parties have failed to demonstrate (1) that an early neutral evaluation as provided by D.C.COLO.LCivR 16.6A., is not adequate; and (2) that a settlement conference can not be obtained without the involvement of a United States magistrate judge. Absent such a showing, the motion must be denied.

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

**THEREFORE, IT IS ORDERED** that the **Stipulated Motion For Court-Ordered Settlement Conference** [#46] filed October 25, 2013, is **DENIED** without prejudice.

Dated October 28, 2013, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge