**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:13-cv-220-REB-GPG

BRITTANY SCRIBNER, and
KAMI SWENSON,

    Plaintiffs,

v.

AREIOS WESTERN SLOPE OF COLORADO, LLC;
JETT, LLC; and
JEFF LATHROP,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

**Blackburn, J.**

    This matter is before me on the **Stipulation for Dismissal With Prejudice** [#53][1] filed by the parties on December 11, 2013. Having reviewed the file and the record, I conclude that the stipulation should be approved and that the action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#53] filed December 11, 2013, is **APPROVED**;

    2. That the Trial Preparation Conference set May 2, 2014, is **VACATED**;

    3.. That the jury trial set to commence May 19, 2014, is **VACATED;** and

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED** with prejudice with the parties to bear their own costs and attorney fees.

Dated December 17, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge